UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE HUGHES-KENNEDY,<br><br>       Plaintiff,<br><br>-against-<br><br>GC SERVICES, LP,<br><br>       Defendant. | Docket No: 2:15-cv-02504-LDW-ARL<br><br>**JOINT STATUS REPORT** |

  ***COME NOW*** the parties in the above-captioned action and represent to the Court that the parties have fully resolved their differences and anticipate submitting closing documents within the next thirty days.  As a consequence, the parties respectfully request that the Court adjourn all set dates at this time, including that for the filing of a responsive pleading to the Complaint.

| | |
|---|---|
| KROHN & MOSS, LTD. | HINSHAW & CULBERTSON LLP |
| *Attorneys for Plaintiff Leslie Hughes-Kennedy* | *Attorneys for Defendant GC Services, LP* |
| By: /s/ *Shireen Hormozdi* _____ | By: /s/*Carlos A. Ortiz*_____ |
| Shireen Hormozdi | Carlos A. Ortiz |
| 10474 Santa Monica Blvd, Suite 401 | 222 N. La Salle St., Suite 300 |
| Los Angeles, CA 90025 | Chicago, IL 60601 |
| Tel: (323) 988-2400 | Tel: (312) 704-3000 |
| Email: shormozdi@consumerlawcenter.com | Email: cortiz@hinshawlaw.com |