UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE HUGHES-KENNEDY, | |
| Plaintiff, | |
| -against- | **NOTICE OF VOLUNTARY DISMISSAL** |
| GC SERVICES, LP, | Case No. 2:15-cv-02504-LDW-ARL |
| Defendant. | |

LESLIE HUGHES-KENNEDY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By:  /s/ Shireen Hormozdi
 Shireen Hormozdi Esq.
 Krohn & Moss, Ltd.
 10474 Santa Monica Blvd., Ste. 405
 Los Angeles, CA 90025
 Tel.: (323) 988-2400
 Fax: (866) 861-1390
 shormozdi@consumerlawcenter.com
 Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Shireen Hormozdi
Shireen Hormozdi, Esq.
Attorney for Plaintiff
