UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 14 2015 ★

LONG ISLAND OFFICE

LESLIE HUGHES-KENNEDY,

Plaintiff,

-against-

GC SERVICES, LP,

Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

Case No. 2:15-cv-02504-LDW-ARL

LESLIE HUGHES-KENNEDY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
Shireen Hormozdi Esq.
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 405
Los Angeles, CA 90025
Tel.: (323) 988-2400
Fax: (866) 861-1390
shormozdi@consumerlawcenter.com
Attorney for Plaintiff

So ORDERED:

US DJ, Leonard D. Wexler

Central Islip, NY
10/14/15

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Shireen Hormozdi<br>
Shireen Hormozdi, Esq.<br>
Attorney for Plaintiff

2